JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ANA GLENDA MELENDEZ ALVARADO,
Petitioner,
v.
WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-05979-MBK

JUDGMENT

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 5, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE